| Probation Form 22 (REV. MAR 05) | United States District Court Federal Probation System TRANSFER OF JURISDICTION | | DOCKET NUMBER (Transfer Court) 2:10-M-1089-1BO |
|---|---|---|---|
| | | | DOCKET NUMBER (Rec Court) 2:10mj616 |
| NAME OF OFFENDER Robert J. Zinno | DISTRICT EASTERN NORTH CAROLINA | | DIVISION Northern |
| | NAME OF SENTENCING JUDGE Terrence W. Boyle | | |
| | DATES OF SUPERVISION → | FROM 09-13-10 | TO 11-12-11 |

OFFENSE   DUI - Alcohol concentration on operator's breath exceeds .08   36 CFR § 4.23(a)(2)

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NORTH CAROLINA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the offender named above be transferred with the records of this court to the United States District Court for the Eastern District of Virginia upon that court's order of acceptance of jurisdiction. This court hereby expressly consents that the period of supervision may be changed by the district court to which this transfer is made without further inquiry of this court.*

11-29-10
Date

FILED
DEC 17 2010
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

Terrence W. Boyle, United States District Judge

* This sentence may be deleted in the discretion of the transferring court.

### PART 2 ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF VIRGINIA EASTERN

IT IS HEREBY ORDERED that jurisdiction over the above-named offender be accepted and assumed by this court from and after the entry of this order.

Dec 17, 2010
Effective date

United States District Judge
Magistrate

Case 2:10-mj-00616-TEM Document 1 Filed 12/17/10 Page 2 of 2 PageID# 2


